# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130049
(19)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL HAROLD WILSON,
      Defendant-Appellant.

SC: 130049
COA: 265311
Manistee CC: 04-003490-FC

_____/

On order of the Court, the motion for reconsideration of this Court's order of May 24, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration and, on reconsideration, would remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

l0918